

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

RHI Tech Services, LLC,

\* From the 441st District Court
  of Midland County,
  Trial Court No. CV51894.

Vs. No. 11-17-00234-CV

\* August 22, 2019

Dan Owens d/b/a Owens Service
Electric and DRO, LLC,

\* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against RHI Tech Services, LLC.